1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE TUCKER, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>FRESENIUS MEDICAL CARE, A Corporation, Doing Business in California; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No: 2:23-CV-02853 WLH (JCx)<br><br>[Removed 04-17-23 from *Los Angeles Superior Court Case No. 23TRCV00720*]<br><br>**[DISCOVERY MATTER]**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>District Judge:  Wesley L. Hsu<br>Ctrm.:          9B<br>Magistrate Judge:  Jacqueline Chooljian<br>Ctrm.:          750<br><br>State Court Complaint Filed:   March 10, 2023<br><br>Trial Date:    April 9, 2024 |

1 | Having read and considered the parties' Stipulated Protective Order, FOR
2 | GOOD CAUSE SHOWN, IT IS SO ORDERED.
3 |
4 | DATED: July 25, 2023                    _____/s/_____
5 |                                          Honorable Jacqueline Chooljian
                                             United States Magistrate Judge