JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE TUCKER, an individual, | Case No: 2:23-CV-02853 WLH (JCx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE [26]** |
| FRESENIUS MEDICAL CARE, A Corporation, Doing Business in California; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1  The Court, having considered the parties' Joint Stipulation for Dismissal
2  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby
3  dismisses with prejudice the above-entitled action. Each party shall bear its own
4  costs and attorneys' fees. The Court VACATES all dates and deadlines. The Clerk
5  of the Court shall close the case.

**IT IS SO ORDERED**.

November 20, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

FP 48741790.1